**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
and STATE OF FLORIDA
ex rel. STEPHEN VANASCO,

*Plaintiffs-Relators*,

Case No.: 8:16-CV-288-T-33TGW

v.

AHP OF ORLANDO, LLC, a Florida limited liability company; AMSURG CORP., a Tennessee and Florida corporation; AMSURG HOLDINGS, INC., a Tennessee, Delaware and Florida corporation; ANESTHESIA HEALTHCARE PARTNERS, INC., a Nevada, Georgia and Florida corporation; CENTRAL FLORIDA SURGICAL CENTERS, INC., a Florida profit corporation; ORLANDO FL ENDOSCOPY ASC, LLC., a Tennessee and Florida limited liability company, CITRUS AMBULATORY SURGERY CENTER, INC., a Florida corporation, AVANISH M. AGGARWAL, MD., an individual; ROBERT T. BAKER, MD., an individual; STEVEN L BRINT, MD., an individual; RICHARD A. DUMOIS, MD., an individual; KENNETH R. FEUER, an individual; ALEX M. MENENDEZ, MD., an individual and JOHN AND JANE DOE DEFENDANTS 1-100,

*Defendants*

## RELATOR'S NOTICE OF VOLUNTARY DISMISSAL AND INCORPORATED MEMORANDUM OF LAW

Estate of Stephen Vanasco by personal representative John Vanasco, by and through undersigned counsel, voluntarily dismisses his qui tam action without prejudice pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, and 31 U.S.C. § 3730(b)(1) and without prejudice to any rights of the United States and the State of Florida. Relator's estate has given undersigned counsel written authorization to file this voluntary dismissal. A proposed order is attached.

## MEMORANDUM OF LAW

Rule 41(a)(1) provides that a plaintiff "may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." 31 U.S.C. § 3730(b)(1) provides that a relator's qui tam action may be dismissed if the Court and the Department of Justice given written consent to the dismissal and their reasons for consenting.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel has conferred with AUSA Chris Tuite, who stated that the United States does not object to a voluntary dismissal of this case, so long as this dismissal is without prejudice to the rights of United States, and that the United States will file its written consent. Counsel has conferred with Bureau Chief Katheleen von Hoene of the Florida Medical Fraud Control Unit, who gives concurrence to the dismissal without prejudice.

DATED: February 2, 2018

        Respectfully submitted,

        /s/Kevin J. Darken
        Kevin J. Darken
        Florida Bar No. 0090956
        kdarken@tampalawfirm.com
        THE BARRY COHEN LEGAL TEAM
        201 East Kennedy Boulevard, Suite 1950
        Tampa, Florida 33602
        Telephone: (813) 225-1655
        Facsimile:  (813) 225-1921
        Attorney for *Qui Tam* Relator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing *Relator's Notice Of Voluntary Dismissal And Incorporated Memorandum of Law* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to: AUSA Christopher Tuite and Kathleen von Hoene of the State of Florida.

/s/ Kevin J. Darken
Kevin J. Darken