**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA
and STATE OF FLORIDA
ex rel. STEPHEN VANASCO,

*Plaintiffs*,

v.

Case No.: 8:16-CV-288-T-33TGW

AHP OF ORLANDO, LLC, a Florida limited liability company; AMSURG CORP., a Tennessee and Florida corporation; AMSURG HOLDINGS, INC., a Tennessee, Delaware and Florida corporation; ANESTHESIA HEALTHCARE PARTNERS, INC., a Nevada, Georgia and Florida corporation; CENTRAL FLORIDA SURGICAL CENTERS, INC., a Florida profit corporation; ORLANDO FL ENDOSCOPY ASC, LLC., a Tennessee and Florida limited liability company, CITRUS AMBULATORY SURGERY CENTER, INC., a Florida corporation, AVANISH M. AGGARWAL, MD., an individual; ROBERT T. BAKER, MD., an individual; STEVEN L BRINT, MD., an individual; RICHARD A. DUMOIS, MD., an individual; KENNETH R. FEUER, an individual; ALEX M. MENENDEZ, MD., an individual and JOHN AND JANE DOE DEFENDANTS 1-100,

*Defendants*

## ORDER

Comes now the ESTATE OF STEPHAN VANASCO in the above captioned case, by Personal Representative JOHN VANASCO and undersigned counsel, and requests that this Court dismiss the above captioned case without prejudice. This Court, being duly advised, now finds that the above captioned case should be dismissed without prejudice.

1

IT IS, THEREFORE, ORDERED that the above captioned case is hereby dismissed without prejudice.

DONE and ORDERED this _____ day of February, 2018 in Tampa, Florida.

_____
VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge